

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| **In re:** | Case No.  15−17579 − PM |
| **Cynthia Lorraine Anderson** | Chapter  7 |
| **Debtor(s)** | |
| **Movant(s)** | No. 38 |
| JPMorgan Chase Bank, National Association | |
| **vs.** | |
| **Respondent(s)** | |
| Cynthia Lorraine Anderson<br>Steven H. Greenfeld, Trustee | |

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor(s)' bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel − Klye J. Moulding
      Chapter 7 Trustee − Steven H Greenfeld

### End of Order

37.3 − *mburkhart*