Entered: September 10, 2015
Signed:  September 10, 2015

**SO ORDERED**



_____
THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:  15–17579 – PM    Chapter:  7

Cynthia Lorraine Anderson
10016 Erion Court
Bowie, MD 20721

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Steven H Greenfeld
      Cohen, Baldinger & Greenfeld, LLC
      2600 Tower Oaks Blvd.
      Suite 103
      Rockville, MD 20852

**odsctr** – *vharper*

**End of Order**